IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE WILLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-cv-3-RLW |
| | ) | |
| CITY OF BEL-NOR, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

### Notice of Settlement

Plaintiff respectfully advises the Court that the Parties have reached a settlement on the amount of damages for Plaintiff Lawrence Willson. The only remaining issue will be attorney fees under 42 U.S.C. § 1988. Therefore, Plaintiff requests that the trial setting be vacated and that a deadline of September 14, 2020 be established for filing a Notice of Dismissal of the damages claim and a deadline established for any motion for attorney fees.

Respectfully submitted,

*/s/ Anthony E. Rothert*
Anthony E. Rothert, #44827MO
Jessie Steffan, #64861MO
Omri Praiss, #41850MO
Kayla M. DeLoach, #72424MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314-652-3114
Fax: 314-652-3112
trothert@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
**Attorneys for Plaintiff**

1