# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE WILLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No. 4:18-CV-3 RLW |
| | ) |
| CITY OF BEL-NOR, MISSOURI, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT AND PERMANENT INJUNCTION

For the reasons stated in the Court's Memorandum and Order of July 6, 2020 (ECF No. 92), Declaratory Judgment and Permanent Injunction (ECF No. 93), and Order of Partial Dismissal (ECF No. 94), and in light of Plaintiff's dismissal with prejudice of his claim for damages by stipulation (ECF No. 127),

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Plaintiff Lawrence Willson shall have judgment against Defendant City of Bel-Nor, Missouri, on Count I of Plaintiff's Complaint.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Count II of Plaintiff's Complaint is **DISMISSED** as moot.

**IT IS FURTHER ORDERED, ADJUDGED, and DECLARED** that § 400.120(E) of the recodified Code of Ordinances of the City of Bel-Nor, Missouri, is unconstitutional because it violates the First Amendment's Free Speech Clause on its face and as applied to Plaintiff.

**IT IS FURTHER ORDERED** that the City of Bel-Nor, Missouri, its political subdivisions, officers, agents, servants, employees, attorneys, and all persons acting in concert with them or in connection with them, are permanently enjoined from enforcing or threatening

to enforce § 400.120(E) of the recodified Code of Ordinances of the City of Bel-Nor, Missouri.

**IT IS FINALLY ORDERED** that Plaintiff's claim for damages is **DISMISSED** with prejudice.

Dated this 30th day of October, 2020.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**