# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| LAWRENCE WILLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  4:18-CV-3 RLW |
| ) | |
| CITY OF BEL-NOR, MISSOURI, ) | |
| ) | |
| Defendant. ) | |

## CONSENT MOTION FOR LEAVE TO SUPPLEMENT BILL OF COSTS WITH DOCUMENTATION

With consent of Defendant, Plaintiff seeks leave to supplement his bill of costs, ECF No. 132, with the attached documentation of the taxable costs. Because of COVID-related restrictions on access to counsel's office, undersigned counsel was not able to access the attached documentation before filing the bill of costs.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827 MO
Jessie Steffan, #64861 MO
Kayla M. DeLoach, #72424 MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314-652-3114
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278 MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: 816-470-9938
gwilcox@aclu-mo.org

**Attorneys for Plaintiff**