# Anthony Rothert

| | |
|---|---|
| **From:** | Moed_AutoSend@moed.uscourts.gov |
| **Sent:** | Tuesday, January 2, 2018 7:17 AM |
| **To:** | MOED_ECF_Notification@moed.uscourts.gov |
| **Subject:** | Activity in Case 4:18-cv-00003 Willson v. Bel-Nor, Missouri, City of Complaint |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of Missouri

## Notice of Electronic Filing

The following transaction was entered by Rothert, Anthony on 1/2/2018 at 7:17 AM CST and filed on 1/2/2018
**Case Name:**      Willson v. Bel-Nor, Missouri, City of
**Case Number:**    4:18-cv-00003
**Filer:**          Lawrence Willson
**Document Number:** 1
**Judge(s) Assigned:**  None (Assignment will be completed shortly.)

*[handwritten annotation: Filing fee, with circle around "receipt number 0865-6308903"]*

**Docket Text:**
**COMPLAINT against defendant Bel-Nor, Missouri, City of with receipt number 0865-6308903, in the amount of $400 Non-Jury Demand,, filed by Lawrence Willson. (Attachments: # (1) Civil Cover Sheet, # (2) Original Filing Form, # (3) Summons)(Rothert, Anthony)**

**4:18-cv-00003 Notice has been electronically mailed to:**

Anthony E. Rothert    trothert@aclu-mo.org, Litmgt@aclu-mo.org, tonyr@charter.net

**4:18-cv-00003 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/2/2018] [FileNumber=7350819-0]
[33a9efd41a8ebdd55f5b2287adc0a5f09ef8bdb747f1fd8b412f8fbfb744a704932e
dce5c5d1c0cac19820562ac9af8bdb46635174c8fb38267a1b7114ed054e]]
**Document description:** Civil Cover Sheet

1

**Anthony Rothert**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Tuesday, January 2, 2018 7:17 AM |
| To: | Anthony Rothert |
| Subject: | Pay.gov Payment Confirmation: MOED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Lori Rife at (314) 244-7810.

Application Name: MOED CM ECF
Pay.gov Tracking ID: 266SVTK8
Agency Tracking ID: 0865-6308903
Transaction Type: Sale
Transaction Date: Jan 2, 2018 8:16:51 AM

Account Holder Name: anthony e rothert
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1059

*[Handwritten: Filing fee Wellson v. Bel Nor]*

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

---

**Total Control Panel**                                                                                          Login

To: arothert@aclu-mo.org                  Message Score: 35                          High (60): Pass
From: pay.gov.clev@clev.frb.org           My Spam Blocking Level: Medium             Medium (75): Pass
                                                                                      Low (90): Pass

                                          Block this sender
                                          Block clev.frb.org

*This message was delivered because the content filter score did not exceed your filter level.*

1

# Anthony Rothert

| | |
|---|---|
| From: | Moed_AutoSend@moed.uscourts.gov |
| Sent: | Thursday, March 29, 2018 10:14 PM |
| To: | MOED_ECF_Notification@moed.uscourts.gov |
| Subject: | Activity in Case 4:18-cv-00003-RLW Willson v. City of Bel-Nor, Missouri Notice of Appeal |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of Missouri

## Notice of Electronic Filing

The following transaction was entered by Rothert, Anthony on 3/29/2018 at 10:13 PM CDT and filed on 3/29/2018

| | |
|---|---|
| Case Name: | Willson v. City of Bel-Nor, Missouri |
| Case Number: | 4:18-cv-00003-RLW |
| Filer: | Lawrence Willson |
| Document Number: | 33 |

Docket Text:
**NOTICE OF APPEAL** as to [32] Memorandum & Order by Plaintiff Lawrence Willson. Filing fee $ 505, receipt number 0865-6457687. (Attachments: # (1) order from which appeal is taken)

*[handwritten annotation: Filing fee — notice of Appeal]*

4:18-cv-00003-RLW Notice has been electronically mailed to:

Aaron I. Mandel    amandel@brinkerdoyen.com

Anthony E. Rothert    trothert@aclu-mo.org, Litmgt@aclu-mo.org

Gillian R. Wilcox    gwilcox@aclu-mo.org, gillyrose@gmail.com, litmgt@aclu-mo.org

Jeffrey J. Brinker    jbrinker@brinkerdoyen.com

Jessie M. Steffan    jsteffan@aclu-mo.org, jessie.steffan@gmail.com

Omri E. Praiss    opraiss@aclu-mo.org

4:18-cv-00003-RLW Notice has been delivered by other means to:

1

# *Deborah A. Kriegshauser, CRR, RMR*

Federal Official Court Reporter
111 South Tenth Street, Room 3.300
St. Louis, MO 63102

# Invoice

| Date | Invoice # |
|---|---|
| 4/10/2018 | 1228 |

| Bill To |
|---|
| AMERICAN CIVIL LIBERTIES UNION<br>Attn: Jessie Steffan<br>906 Olive Street, Suite 1130<br>St. Louis, MO 63101-1448 |

| Description | Number of Pages | Rate | Amount |
|---|---|---|---|
| Expedited Transcript of Preliminary Injunction Hearing held on 3-23-2018 before the Honorable Ronnie L. White in re: LAWRENCE WILLSON vs. CITY OF BEL-NOR, MISSOURI; Cause No. 4:18-CV-3(RLW) | 64 | 4.25 | 272.00 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.
PLEASE make check payable to: Deborah A. Kriegshauser

| | |
|---|---|
| **Total** | $272.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $272.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 314-244-7449 | 314-244-7609 | Deborah_Kriegshauser@moed.uscourts.gov |