IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE WILLSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  4:18-CV-3 RLW |
| | ) | |
| CITY OF BEL-NOR, MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR LEAVE TO SUPPLEMENT
MOTION FOR ATTORNEYS' FEES AND EXPENSES WITH DOCUMENTATION**

With consent of Defendant, Plaintiff seeks leave to supplement his motion for attorneys' fees and expenses, ECF No. 133, with the attached documentation of expenses referenced in the declaration of Anthony E. Rothert. Because of COVID-related restrictions on access to counsel's office, undersigned counsel was not able to access the attached documentation before filing the motion for attorneys' fees and expenses.

    Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827 MO
Jessie Steffan, #64861 MO
Kayla M. DeLoach, #72424 MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314-652-3114
trothert@aclu-mo.org
jsteffan@aclu-mo.org

Gillian R. Wilcox, #61278 MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: 816-470-9938
gwilcox@aclu-mo.org

Case: 4:18-cv-00003-RLW   Doc. #:  138   Filed: 11/24/20   Page: 2 of 2 PageID #: 734

**Attorneys for Plaintiff**