**Anthony Rothert**

| | |
|---|---|
| **From:** | Moed_AutoSend@moed.uscourts.gov |
| **Sent:** | Tuesday, January 2, 2018 7:17 AM |
| **To:** | MOED_ECF_Notification@moed.uscourts.gov |
| **Subject:** | Activity in Case 4:18-cv-00003 Willson v. Bel-Nor, Missouri, City of Complaint |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Missouri**

## Notice of Electronic Filing

The following transaction was entered by Rothert, Anthony on 1/2/2018 at 7:17 AM CST and filed on 1/2/2018

**Case Name:** Willson v. Bel-Nor, Missouri, City of
**Case Number:** 4:18-cv-00003
**Filer:** Lawrence Willson
**Document Number:** 1
**Judge(s) Assigned:** None (Assignment will be completed shortly.)

Filing fee

**Docket Text:**
**COMPLAINT against defendant Bel-Nor, Missouri, City of with receipt number 0865-6308903, in the amount of $400 Non-Jury Demand,, filed by Lawrence Willson. (Attachments: # (1) Civil Cover Sheet, # (2) Original Filing Form, # (3) Summons)(Rothert, Anthony)**

**4:18-cv-00003 Notice has been electronically mailed to:**

Anthony E. Rothert trothert@aclu-mo.org, Litmgt@aclu-mo.org, tonyr@charter.net

**4:18-cv-00003 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1037221849 [Date=1/2/2018] [FileNumber=7350819-0]
[33a9efd41a8ebdd55f5b2287adc0a5f09ef8bdb747f1fd8b412f8fbfb744a704932e
dce5c5d1c0cac19820562ac9af8bdb46635174c8fb38267a1b7114ed054e]]
**Document description:**Civil Cover Sheet

Pro Serve
6614 Clayton Rd 311
St. Louis, Mo 63117

INVOICE: 1915427
Issued: Jan 3, 2018

ACLU of Missouri Foundation
Anthony Rothert
906 OLIVE ST #1130
ST LOUIS, MO 63101

PAY TO
Pro Serve
6614 Clayton Rd 311
St. Louis, Mo 63117

Wilson ✓

| Case: 4:18-cv-3-RLW<br>Job: 1915427 (wilson vs bel nor) | Plaintiff / Petitioner: LAWRENCE WILSON<br>Defendant / Respondent: CITY OF BEL NOR, MISSOURI |
|---|---|

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| RUSH/AUTHORIZED | CITY OF BEL NOR, MO | $95.00 | 1 | $95.00 |

Thanks for your business. Please pay the "Balance Due" within 21 days.
Payment Can be Received by check or By Credit Card. Please note, a small processing fee will be added to all credit card payments.

Total: $95.00
Amount Paid: ($0.00)
**Balance Due: $95.00**

Pro Serve • 6614 Clayton Rd 311, St. Louis, Mo 63117

Call: 314 961-2222 • Fax: 314 802 7080 • Email: stlproserve@gmail.com • Visit: www.stlproserve.com

approved
aqr
1/4/18 ✓

1/10

## Anthony Rothert

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Tuesday, January 2, 2018 7:17 AM
**To:** Anthony Rothert
**Subject:** Pay.gov Payment Confirmation: MOED CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Lori Rife at (314) 244-7810.

Application Name: MOED CM ECF
Pay.gov Tracking ID: 266SVTK8
Agency Tracking ID: 0865-6308903
Transaction Type: Sale
Transaction Date: Jan 2, 2018 8:16:51 AM

Filing fee Willson v. Bel Nor

Account Holder Name: anthony e rothert
Transaction Amount: $400.00
Card Type: AmericanExpress
Card Number: ************1059

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

---

**Total Control Panel** Login

To: arothert@aclu-mo.org
From: pay.gov.clev@clev.frb.org

Message Score: 35
My Spam Blocking Level: Medium

High (60): Pass
Medium (75): Pass
Low (90): Pass

Block this sender
Block clev.frb.org

*This message was delivered because the content filter score did not exceed your filter level.*

**Anthony Rothert**

| | |
|---|---|
| **From:** | Moed_AutoSend@moed.uscourts.gov |
| **Sent:** | Thursday, March 29, 2018 10:14 PM |
| **To:** | MOED_ECF_Notification@moed.uscourts.gov |
| **Subject:** | Activity in Case 4:18-cv-00003-RLW Willson v. City of Bel-Nor, Missouri Notice of Appeal |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Missouri**

## Notice of Electronic Filing

The following transaction was entered by Rothert, Anthony on 3/29/2018 at 10:13 PM CDT and filed on 3/29/2018

**Case Name:** Willson v. City of Bel-Nor, Missouri
**Case Number:** 4:18-cv-00003-RLW
**Filer:** Lawrence Willson
**Document Number:** 33

**Docket Text:**
**NOTICE OF APPEAL as to [32] Memorandum & Order by Plaintiff Lawrence Willson. Filing fee $ 505, receipt number 0865-6457687. (Attachments: # (1) order from which appeal is taken)**

Filing fee notice of Appeal
the

**4:18-cv-00003-RLW Notice has been electronically mailed to:**

Aaron I. Mandel amandel@brinkerdoyen.com

Anthony E. Rothert trothert@aclu-mo.org, Litmgt@aclu-mo.org

Gillian R. Wilcox gwilcox@aclu-mo.org, gillyrose@gmail.com, litmgt@aclu-mo.org

Jeffrey J. Brinker jbrinker@brinkerdoyen.com

Jessie M. Steffan jsteffan@aclu-mo.org, jessie.steffan@gmail.com

Omri E. Praiss opraiss@aclu-mo.org

**4:18-cv-00003-RLW Notice has been delivered by other means to:**

***Deborah A. Kriegshauser, CRR, RMR***
Federal Official Court Reporter
111 South Tenth Street, Room 3.300
St. Louis, MO 63102

# Invoice

| Date | Invoice # |
|---|---|
| 4/10/2018 | 1228 |

| Bill To |
|---|
| AMERICAN CIVIL LIBERTIES UNION<br>Attn: Jessie Steffan<br>906 Olive Street, Suite 1130<br>St. Louis, MO 63101-1448 |

| Description | Number of Pages | Rate | Amount |
|---|---|---|---|
| Expedited Transcript of Preliminary Injunction Hearing held on 3-23-2018 before the Honorable Ronnie L. White in re: LAWRENCE WILLSON vs. CITY OF BEL-NOR, MISSOURI; Cause No. 4:18-CV-3(RLW) | 64 | 4.25 | 272.00 |

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.
PLEASE make check payable to: Deborah A. Kriegshauser

| | |
|---|---|
| **Total** | $272.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $272.00 |

| Phone # | Fax # | E-mail |
|---|---|---|
| 314-244-7449 | 314-244-7609 | Deborah_Kriegshauser@moed.uscourts.gov |

RICOH

# INVOICE

| Invoice # | STL18050045 |
|---|---|
| Invoice Date: | 05/15/2018 |
| Due Date: | 06/14/2018 |
| Terms: | Net 30 Days |
| Account: | 19236158 |
| Natl ID: | 78211 |

Ricoh USA, Inc. - BIS St Louis, MO
Phone: (314) 241-0444 Fax: (314) 241-2678
Federal ID: 230334400

**BILL TO / SHIP TO:**
**ACLU**
Attn: Accounts Payable
454 WHITTIER ST
SAINT LOUIS, MO 63108-3029

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Lawrence Willson vs City of Bel-Nor | | | Eric Blinkinsop |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Extension |
|---|---|---|---|---|---|
| **SO-1805-0094** | **05/15/2018** | **Anthony Rothert** | | | |
| ***566** | **B&W Copies B - Light Litigation** | | **10.00** | **0.1200** | **1.20** |
| ***602** | **Binds - GBC** | | **5.00** | **2.5000** | **12.50** |
| ***589** | **Color 8.5x11 (Letter) Copies** | | **710.00** | **0.5000** | **355.00** |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 368.70 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **368.70** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by: {Print} Anthony Rothert {Signature} [signature] Date: 05/16/2018 13:36

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ACLU
454 WHITTIER ST
SAINT LOUIS, MO 63108-3029

**Amount Enclosed**
$

**Invoice: STL18050045**
Invoice Date: **05/15/2018**
Due Date: **06/14/2018**
Account: **19236158**
natl id: **78211**

**Please Remit To:**
**Ricoh USA, Inc.**
Dallas District - STL
P O Box 660342
Dallas, TX 75266-0342

**PAY THIS AMOUNT $ 368.70**

RICOH

# INVOICE

| | |
|---|---|
| Invoice # | STL18060014 |
| Invoice Date: | 06/05/2018 |
| Due Date: | 07/05/2018 |
| Terms: | Net 30 Days |
| Account: | 19236158 |
| Natl ID: | 78211 |

Ricoh USA, Inc. - BIS St Louis, MO
Phone: (314) 241-0444 Fax: (314) 241-2678
Federal ID: 230334400

**BILL TO / SHIP TO:**
**ACLU**
Attn: Accounts Payable
906 OLIVE SUITE 1130
SAINT LOUIS, MO 63101

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Wilson v. City Bel-Nor | | | Eric Blinkinsop |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | | Extension |
|---|---|---|---|---|---|---|
| **SO-1806-0013** | **06/05/2018** | **Anthony Rothert** | | | | |
| ***728** | **Prints w/ Assembly** | | **208.00** | **0.1200** | | **24.96** |
| ***602** | **Binds - GBC** | | **13.00** | **2.5000** | | **32.50** |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 57.46 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT $** | **57.46** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by:{Print} ______________ {Signature} ______________ Date: ______________

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
**ACLU**
906 OLIVE SUITE 1130
SAINT LOUIS, MO 63101

**Amount Enclosed**
$

**Invoice: STL18060014**
Invoice Date: **06/05/2018**
Due Date: **07/05/2018**
Account: **19236158**
natl id: **78211**

**Please Remit To:**
**Ricoh USA, Inc.**
Dallas District - STL
P O Box 660342
Dallas, TX 75266-0342

**PAY THIS AMOUNT** $ **57.46**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 6-235-52890 | Jul 05, 2018 | 2375-2039-4 | 4 of 4 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Jun 07, 2018 **Cust. Ref.:** naacp v missouri **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Distance Based Pricing, Zone 3
- This shipment was priced using FedEx One Rate

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | INET | Tony Rothert | Susan Sonnenberg |
| Tracking ID | 772415393501 | ACLU-EM | Missouri Court of Appeals Wes |
| Service Type | FedEx Express Saver | 906 Olive Street | 1300 OAK ST |
| Package Type | FedEx Envelope | SAINT LOUIS MO 63101 US | KANSAS CITY MO 64106 US |
| Zone | 03 | | |
| Packages | 1 | | |
| Declared Value | USD 1.00 | | |
| Delivered | Jun 12, 2018 10:52 | | |
| Svc Area | A1 | Transportation Charge | 8.15 |
| Signed by | K.ST JOHN | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/30876/_ | **Total Charge** USD | **$8.15** |

**Ship Date:** Jun 07, 2018 **Cust. Ref.:** Willson v. Bel-Nor **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- This shipment was priced using FedEx One Rate

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | INET | Tony Rothert | Clerks Office |
| Tracking ID | 772415516840 | ACLU-MO | United State Court of Appeals |
| Service Type | FedEx Express Saver | 906 Olive | 111 S 10TH ST STE 24.329 |
| Package Type | FedEx Small Box | SAINT LOUIS MO 63101 US | SAINT LOUIS MO 63102 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Declared Value | USD 50.00 | | |
| Delivered | Jun 12, 2018 10:32 | | |
| Svc Area | A1 | Transportation Charge | 8.65 |
| Signed by | A.WELLS | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/101030/_ | **Total Charge** USD | **$8.65** |

**Ship Date:** Jun 14, 2018 **Cust. Ref.:** Malin v. ACT-MO **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Distance Based Pricing, Zone 5
- This shipment was priced using FedEx One Rate
- Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** |
|---|---|---|---|
| Automation | INET | Tony Rothert | Aaron Malin |
| Tracking ID | 772472905211 | ACLU-EM | 3350 S. Flamingo Way |
| Service Type | FedEx Express Saver | 906 Olive Street | DENVER CO 80222 US |
| Package Type | FedEx Large Box | SAINT LOUIS MO 63101 US | |
| Zone | 05 | | |
| Packages | 1 | | |
| Declared Value | USD 100.00 | | |
| Delivered | Jun 19, 2018 12:03 | Transportation Charge | 19.05 |
| Svc Area | A1 | Courier Pickup Charge | 4.00 |
| Signed by | see above | Declared Value Charge | 0.00 |
| FedEx Use | 000000000/101046/02 | **Total Charge** USD | **$23.05** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$39.85** |
| **Total FedEx Express** | **USD** | **$39.85** |

RICOH

# INVOICE

| Invoice # | STL18080121 |
|---|---|
| Invoice Date: | 08/31/2018 |
| Due Date: | 09/30/2018 |
| Terms: | Net 30 Days |
| Account: | 19236158 |
| Natl ID: | 78211 |

Ricoh USA, Inc. - BIS St Louis, MO
Phone: (314) 241-0444 Fax: (314) 241-2678
Federal ID: 230334400

**BILL TO / SHIP TO:**
**ACLU**
Attn: Accounts Payable
454 WHITTIER ST
SAINT LOUIS, MO 63108-3029

Price using: STANDARD Price

| Reference / Case # | Reference 2 | Reference 3 | Account Manager |
|---|---|---|---|
| Wilson v. City of Bel-Nor | | | Eric Blinkinsop |

| Sales Order | Order Date | Ordered By | Quantity | Unit Price | Discount | Extension |
|---|---|---|---|---|---|---|
| **SO-1808-0146** | **08/31/2018** | **Anthony Rothert** | | | | |
| ***728** | **Prints w/ Assembly** | | **252.00** | **0.1200** | | **30.24** |
| ***602** | **Binds - GBC** | | **14.00** | **2.5000** | | **35.00** |
| ***011** | **Minimum Order Handling Fee** | | **1.00** | **84.7600** | **-84.76** | **0.00** |

*Valued Customer:*
*Due to increases in service costs, effective January 1, 2014 Ricoh reserves the right to charge a minimum fee of $150 for all document outsourcing orders.*
*This policy will allow us to continue to provide the quality and service you have come to expect from Ricoh.*
*We thank you for your business and appreciate your understanding the necessity of this policy.*

**Please Pay From This Invoice**

Customer's duly authorized signature below is an agreement that the above-described work, project or deliverable has been received and accepted by Customer and Customer hereby agrees that such work, project or deliverable is complete and satisfactory for all purposes. Customer assures payment of this invoice when due. Interest at the rate of the lesser of 1.5% per month or the maximum rate permitted by law, will be charged on invoices not paid timely. Customer agrees to pay reasonable legal fees incurred in connection with the collection of past due accounts.

| | |
|---|---|
| Taxable Sales: | 0.00 |
| Sales Tax: | 0.00 |
| * Non-Taxable: | 65.24 |
| Postage: | 0.00 |
| Delivery: | 0.00 |
| **PAY THIS AMOUNT** $ | **65.24** |

THE PERSON SIGNING THIS INVOICE ON BEHALF OF CUSTOMER REPRESENTS THAT HE/SHE HAS THE AUTHORITY TO DO SO

Received/Accepted by:{Print} ____________ {Signature} ____________ Date: ____________

Please pay from this copy. The party named on this bill is held responsible for payment.

**Payment From:**
ACLU
454 WHITTIER ST
SAINT LOUIS, MO 63108-3029

**Amount Enclosed**
$

**Invoice: STL18080121**
Invoice Date: **08/31/2018**
Due Date: **09/30/2018**
Account: **19236158**
natl id: **78211**

**Please Remit To:**
**Ricoh USA, Inc.**
Dallas District - STL
P O Box 660342
Dallas, TX 75266-0342

**PAY THIS AMOUNT** $ **65.24**



# Invoice

500 North Broadway
Suite 1800
St Louis, Missouri 63102
Tel. 314.231.4642
800.844.4237
Fax 314.231.0137

Bill To

Anthony Rothert, Attorney
American Civll Liberties Union
~~454 Whittier Street~~ O
Saint Louis, MO ~~63108~~ 9

11/30/2019

| Invoice # | Mediation Date | Mediator | Payment Terms |
|---|---|---|---|
| 214170p | 11/25/2019 | MSG | Due on receipt |

| Description | Your Amount |
|---|---|
| WILLSON V. CITY OF BEL-NOR 2018 | |
| Administrative Fee ($250 per Party) | 250.00 |
| Mediators time: Includes review of documents, preparation and mediation. 10.6 Hours @ $500.00 per hour = $5,300 | 2,650.00 |
| Lunches $83.29 | 45.29 |

Check 6010

| | |
|---|---|
| ***Your Portion of Costs*** | $2,945.29 |
| **Payments/Credits** | $0.00 |
| ***Your Balance Due*** | $2,945.29 |

**Make Checks Payable To:**
**United States Arbitration & Mediation**
**FED ID #43-1370188**



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-112-72508 | Sep 03, 2020 | 2375-2039-4 | 3 of 3 |

**Ship Date:** Aug 15, 2020 **Cust. Ref.:** Molina v. St. Louis **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 2

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Tony Rothert | Clerks Office |
| Tracking ID | 771259318672 | ACLU-EM | United States District Court |
| Service Type | FedEx Express Saver | 454 Whittier Street | 111 South 10th Street |
| Package Type | FedEx Envelope | SAINT LOUIS MO 63108 US | SAINT LOUIS MO 63102 US |
| Zone | 02 | | |
| Packages | 1 | | |

| | | | | |
|---|---|---|---|---|
| Rated Weight | N/A | Transportation Charge | | 16.85 |
| Declared Value | USD 1.00 | Discount | | -2.53 |
| Delivered | Aug 19, 2020 11:22 | Automation Bonus Discount | | -0.84 |
| Svc Area | A1 | Fuel Surcharge | | 0.51 |
| Signed by | J.STANKA | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/829/_ | **Total Charge** | **USD** | **$13.99** |

**Ship Date:** Aug 15, 2020 **Cust. Ref.:** Willson v. Bel-Nor **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 2
- 1st attempt Aug 17, 2020 at 08:35 AM.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Tony Rothert | Chambers of Hon. Ronnie White |
| Tracking ID | 771271183915 | ACLU-EM | United States District Court |
| Service Type | FedEx Priority Overnight | 906 Olive | 111 S 10TH ST STE 10.182 |
| Package Type | FedEx Box | SAINT LOUIS MO 63101 US | SAINT LOUIS MO 63102 US |
| Zone | 02 | | |
| Packages | 1 | | |

| | | | | |
|---|---|---|---|---|
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 34.38 |
| Declared Value | USD 1.00 | Discount | | -5.16 |
| Delivered | Aug 17, 2020 10:12 | Automation Bonus Discount | | -1.72 |
| Svc Area | A1 | Fuel Surcharge | | 1.03 |
| Signed by | J.STANKA | Declared Value Charge | | 0.00 |
| FedEx Use | 000000000/1486/_ | **Total Charge** | **USD** | **$28.53** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$54.87** |
| **Total FedEx Express** | **USD** | **$54.87** |

ACLU
Molina

ACLU
Willson



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 7-087-06792 | Aug 06, 2020 | 2375-2039-4 | 3 of 3 |

**Ship Date:** Jul 27, 2020 **Cust. Ref.:** Postawko v Corizon **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 62234 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | | |
| Tracking ID | 771102052141 | Tony Rothert | | | |
| Service Type | FedEx Priority Overnight | ACLU-MO | | | |
| Package Type | FedEx Envelope | 906 Olive | | | |
| Zone | 04 | SAINT LOUIS MO 63101 US | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 38.90 |
| Declared Value | USD 1.00 | Discount | | | -8.17 |
| Delivered | Jul 28, 2020 14:29 | Automation Bonus Discount | | | -1.95 |
| Svc Area | A6 | Fuel Surcharge | | | 1.21 |
| Signed by | see above | Declared Value Charge | | | 0.00 |
| FedEx Use | 000000000/208/02 | DAS Extended Comm | | | 3.60 |
| | | **Total Charge** | | USD | **$33.59** |

**Ship Date:** Jul 30, 2020 **Cust. Ref.:** Willson v. Bel-Nor **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 2

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | | |
| Tracking ID | 771139508249 | Tony Rothert | Chambers of Hon. Ronnie White | | |
| Service Type | FedEx 2Day AM | ACLU-EM | United States District Court | | |
| Package Type | FedEx Envelope | 906 Olive | 111 S 10TH ST STE 10.182 | | |
| Zone | 02 | SAINT LOUIS MO 63101 US | SAINT LOUIS MO 63102 US | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 19.40 |
| Declared Value | USD 1.00 | Discount | | | -2.91 |
| Delivered | Aug 03, 2020 10:03 | Automation Bonus Discount | | | -0.97 |
| Svc Area | A1 | Fuel Surcharge | | | 0.58 |
| Signed by | S.BOYD | Declared Value Charge | | | 0.00 |
| FedEx Use | 000000000/2/_ | **Total Charge** | | USD | **$16.10** |

**Ship Date:** Jul 31, 2020 **Cust. Ref.:** Postawko v Corizon **Ref.#2:**
**Payor:** Shipper **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 3.75% to this shipment.
- Distance Based Pricing, Zone 4
- Package sent from: 62234 zip code

| | | | | | |
|---|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | | |
| Tracking ID | 771144725073 | Tony Rothert | | | |
| Service Type | FedEx Priority Overnight | ACLU-MO | | | |
| Package Type | FedEx Envelope | 906 Olive | | | |
| Zone | 04 | SAINT LOUIS MO 63101 US | | | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 38.90 |
| Declared Value | USD 1.00 | Discount | | | -8.17 |
| Delivered | Aug 03, 2020 14:24 | Automation Bonus Discount | | | -1.95 |
| Svc Area | A6 | Fuel Surcharge | | | 1.21 |
| Signed by | J.HARP PRISON | Declared Value Charge | | | 0.00 |
| FedEx Use | 000000000/208/_ | DAS Extended Comm | | | 3.60 |
| | | **Total Charge** | | USD | **$33.59** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$92.03** |
| **Total FedEx Express** | **USD** | **$92.03** |